# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED RENTALS NORTHWEST, INC., AN OREGON CORPORATION, Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE,
Respondents,
and
DOUGLAS SMITH; LORI CHERI SMITH; AMERICAN HOME ASSURANCE COMPANY; CHARTIS GLOBAL RECOVERY SERVICES; SKYJACK, INC.; LINAMAR CORPORATION; AND TIFFINY DECORATING CO.,
Real Parties in Interest.

No. 66443

FILED

NOV 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for partial summary judgment in a tort action.

A writ of mandamus is an extraordinary remedy available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether a writ will be considered is within this court's sole discretion, *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991), and it is petitioner's burden to demonstrate

14-37609

that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Moreover, writ relief is typically available only when there is no plain, speedy, and adequate remedy in the ordinary course of law. NRS 34.170; *Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 558. Generally, an appeal is an adequate legal remedy precluding writ relief. *Pan*, 120 Nev. at 224, 88 P.3d at 841.

Having considered the petition, we are not persuaded that our intervention is warranted at this time. NRAP 21(b)(1); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *Smith*, 107 Nev. at 677, 818 P.2d at 851. Specifically, petitioner has an adequate legal remedy in the form of an appeal. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Kenneth C. Cory, District Judge
     Alverson Taylor Mortensen & Sanders
     Beckett, Yott, McCarty & Spann/Reno
     Sean Claggett & Associates, Inc.
     Eckman Strandness & Egan
     Pyatt Silvestri & Hanlon
     Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
     Cassiday Schade LLP
     Lincoln, Gustafson & Cercos
     Eighth District Court Clerk